## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

MARQUISE HENDERSON,

        Movant,

v.                                    CIVIL ACTION NO.  3:20-0763
                                      CRIMINAL ACTION NO. 3:17-0100-02

UNITED STATES OF AMERICA,

        Respondent.

### MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that Movant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 470) be denied, and that this civil action be dismissed, with prejudice, and removed from the docket of this Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **ORDERS** that Movant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 470) be **DENIED**, and that this civil action be **DISMISSED**, **with prejudice**, and removed from the docket of this Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: January 5, 2022

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE